# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL ACTION NO. 2:07-00165

**ISAAC JACOB DEBERRY**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On October 23 and 25, 2018, the United States of America appeared by Emily J. Wasserman, Assistant United States Attorney, and the defendant, Isaac Jacob Deberry, appeared in person and by his counsel, John A. Carr, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Amy Berry-Richmond. The defendant commenced a two-year term of supervised release in this action on June 29, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on May 11, 2018.

The court heard the admissions of the defendant, the evidence and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respect: the defendant failed to abide by the special condition that he spend the first six months of supervised release in a residential substance abuse treatment program inasmuch as he entered Prestera at Pinecrest in Huntington, West Virginia on July 2, 2018, and was discharged on July 13, 2018, for using an opiate for which he had a valid prescription, but which was used by him without Prestera's permission in violation of its rules, as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth

in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **EIGHT (8) MONTHS**.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: November 6, 2018

John T. Copenhaver, Jr.
Senior United States District Judge